# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-53397-jrs |
| JUDITH BOURDO KERSTEN, | CHAPTER 13 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

David S. Klein and Caitlyn Powers of the law firm Rountree, Leitman, Klein & Geer LLC, pursuant to Fed. R. Bank. P. 9010, enters their appearance as counsel in this case on behalf of Paces Funding, LLC, a creditor, and requests that notices be provided at the following address:

David S. Klein
Caitlyn Powers
Rountree, Leitman, Klein & Geer LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238
dklein@rlkglaw.com
cpowers@rlkglaw.com

This 5th day of April, 2024.

**ROUNTREE LEITMAN KLEIN & GEER LLC**

/s/ David S. Klein
David S. Klein, Georgia Bar No. 183389
Caitlyn Powers, Georgia Bar No. 856354
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-584-1238
dklein@rlkglaw.com
*Attorneys for Paces Funding, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing **Notice of Appearance and Request for Notice** by filing with the Court's CM/ECF system, which will automatically generate a notice served on the following:

Nancy J. Whaley
Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
ecf@njwtrustee.com
janania@njwtrustee.com
eroach@njwtrustee.com

Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, GA 30038
sjkcourtnotices@gmail.com
documents@sjklawfirm.com

And by U.S. Mail, postage prepaid, addressed as follows:

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Dated: April 5th, 2024

**ROUNTREE LEITMAN KLEIN & GEER LLC**

/s/ David S. Klein
David S. Klein, Georgia Bar No. 183389
Caitlyn Powers, Georgia Bar No. 856354
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-584-1238
dklein@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for Paces Funding, LLC*