**IT IS ORDERED as set forth below:**



**Date: September 19, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-53397-JRS |
| | : | |
| JUDITH BOURDO KERSTEN, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE SACCA |
| | : | |

**ORDER**

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Judith Bourdo Kersten (the "**Bankruptcy Estate**") filed an *Application to Employ* (the "**Application**") [Doc. No. 52] Harry Norman Realtors and Sandra Lamberth (collectively, "**Harry Norman**") as his listing broker to sell the real property known generally as 924 Peachtree Battle Avenue, NW, Atlanta, Fulton County, Georgia 30327 (the "**Property**"), pursuant to the listing agreement between Trustee and Harry Norman. It appearing from the Application that Harry Norman does not represent any interest adverse to the Bankruptcy Estate and is a disinterested person as that

02874876-1

term is defined in 11U.S.C. §101(14), and good cause having been shown to grant the Application, it is hereby

ORDERED as follows:

(a) Trustee is authorized to employ Harry Norman as his listing broker in connection with the Property; and

(b) All sales contracts and commissions shall be subject to Bankruptcy Court approval.

This Order is entered subject to any objection by the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned counsel for Trustee within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

Prepared and presented by:

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: /s/ Jason L. Pettie
    Jason L. Pettie
    Georgia Bar No. 574783
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Tele: (678) 336-7226
Email: jpettie@taylorenglish.com

02874876-1

## **DISTRIBUTION LIST**

Jason L. Pettie
Taylor English Duma, LLP
1600 Parkwood Circle, SE
Suite 200
Atlanta, GA 30339

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Sandra Lamberth
Harry Norman Realtors
2827 Peachtree Road NE
Suite 200
Atlanta, GA 30305
Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038

Judith Bourdo Kersten
1144 Church Street
Smyrna, GA 30080

Paces Funding, LLC
c/o David S. Klein
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

02497584-1