**IT IS ORDERED as set forth below:**



**Date: October 25, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO.: 24-53397-JRS |
| | : | |
| JUDITH B. KERSTEN, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| PACES FUNDING, LLC, | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| JUDITH B. KERSTEN and | : | |
| S. GREGORY HAYS, Chapter 7 Trustee, | : | |
| Respondents. | : | |

## ORDER DENYING MOTION FOR RELIEF FROM STAY

Before the Court is the Motion for In Rem Relief from the Automatic Stay (Doc. 53). The Motion came on for hearing on October 22, 2024. Upon consideration of the Motion, the

representations made at the hearing and all other relevant material, and for the reasons set forth on the record, it is hereby

ORDERED that the Motion is DENIED.

The Clerk is directed to serve a copy of this Order on counsel for Movant, counsel for the Respondent and the Chapter 7 Trustee.

**[END OF ORDER]**