**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: JUDITH BOURDO KERSTEN | § | Case No. 24-53397-JRS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,433,850.00 | Assets Exempt: | $14,856.16 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $30,348.88 | Claims Discharged Without Payment: | $49,401.86 |
| Total Expenses of Administration: | $14,651.12 | | |

3) Total gross receipts of $45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,342,393.50 | $10,330.38 | $10,330.38 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $14,651.12 | $14,651.12 | $14,651.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $7,226.27 | $13,791.65 | $13,791.65 | $13,791.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $11,391.23 | $65,959.09 | $65,959.09 | $16,557.23 |
| **TOTAL DISBURSEMENTS** | $1,361,011.00 | $104,732.24 | $104,732.24 | $45,000.00 |

4) This case was originally filed under chapter 13 on 04/01/2024, and it was converted to chapter 7 on 05/03/2024.  The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/12/2026

By: /s/ S. Gregory  Hays

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adversary 24-05180-jrs Hays v. Paces Funding, LLC | 1249-000 | $45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Lendmark Financial Services | 4210-000 | $11,673.00 | $10,330.38 | $10,330.38 | $0.00 |
| 8-1S | Paces Funding, LLC | 4110-000 | $1,327,226.66 | $0.00 | $0.00 | $0.00 |
| N/F | JPMorgan Chase Bank, N.A. | 4210-000 | $3,493.84 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,342,393.50** | **$10,330.38** | **$10,330.38** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|-----|-----|-----|-----|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $5,250.00 | $5,250.00 | $5,250.00 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $47.40 | $47.40 | $47.40 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $3,071.50 | $3,071.50 | $3,071.50 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $928.69 | $928.69 | $928.69 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bank Service Fees - Western Alliance Bank | 2600-000 | NA | $122.53 | $122.53 | $122.53 |
| Attorney for Trustee Fees (Other Firm) - Taylor Duma LLP | 3210-000 | NA | $4,881.00 | $4,881.00 | $4,881.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$14,651.12** | **$14,651.12** | **$14,651.12** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-----|-----|-----|-----|-----|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5-1 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5-2P | Internal Revenue Service | 5800-000 | $6,967.00 | $13,571.87 | $13,571.87 | $13,571.87 |
| 6P | Georgia Department of Revenue | 5800-000 | $259.27 | $219.78 | $219.78 | $219.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$7,226.27** | **$13,791.65** | **$13,791.65** | **$13,791.65** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lendmark Financial Services | 7100-000 | $1,762.72 | $1,515.42 | $1,515.42 | $1,333.77 |
| 3 | Capital One, N.A. | 7100-000 | $360.33 | $360.33 | $360.33 | $317.14 |
| 4 | Republic Finance, LLC | 7100-000 | $8,955.44 | $9,274.71 | $9,274.71 | $8,162.96 |
| 5-2Ua | Internal Revenue Service | 7100-000 | $0.00 | $7,349.03 | $7,349.03 | $6,468.11 |
| 5-2Ub | Internal Revenue Service | 7300-000 | $0.00 | $2,100.36 | $2,100.36 | $0.00 |
| 6U | Georgia Department of Revenue | 7300-000 | $0.00 | $46.50 | $46.50 | $0.00 |
| 7 | LVNV Funding, LLC | 7100-000 | $312.74 | $312.74 | $312.74 | $275.25 |
| 8-1U | Paces Funding, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8-2 | Paces Funding, LLC | 7400-000 | $0.00 | $45,000.00 | $45,000.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$11,391.23** | **$65,959.09** | **$65,959.09** | **$16,557.23** |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page:  1

**Case No.:**   24-53397-JRS

**Case Name:**   JUDITH BOURDO KERSTEN

**For Period Ending:**   03/12/2026

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   05/03/2024 (c)

**§ 341(a) Meeting Date:**   05/29/2024

**Claims Bar Date:**   10/15/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 924 Peachtree Battle Ave. NW, Atlanta, GA 30327-0000, Fulton County<br><br>Also see Adversary 24-05180, Asset # 12.  See Motion (Dkt # 61) and Order (Dkt # 69) resolving issues with real property. | 1,407,500.00 | 0.00 | | 0.00 | FA |
| 2 | 2013 BMW X5<br><br>Notice of abandonment filed, Dkt # 42. | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2016 Dodge Ram 1500<br><br>Notice of abandonment filed, Dkt # 42. | 8,750.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Art | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Truist | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: Truist | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Adversary 24-05180-jrs Hays v. Paces Funding, LLC (u)<br><br>Claim to determine the validity, extent or priority of lien. Also see Asset # 1. Adversary settled for $45,000. | 1.00 | 1.00 | | 45,000.00 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$1,433,851.00** | **$1.00** | | **$45,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Exhibit 8

Page: 2

**Case No.:**   24-53397-JRS

**Case Name:**   JUDITH BOURDO KERSTEN

**For Period Ending:**   03/12/2026

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   05/03/2024 (c)

**§ 341(a) Meeting Date:**   05/29/2024

**Claims Bar Date:**   10/15/2024

**Major Activities Affecting Case Closing:**

5/3/2024 - Case converted from Chapter 13.

7/10/2024 - 341 Meeting concluded.

7/10/2024 - Trustee is evaluating whether Security Deed on real property was properly recorded. Case will be declared as an asset case.

7/16/2024 - Case declared as an asset case and vehicles abandoned.

9/28/2024 - Adversary 24-05180-jrs Hays v. Paces Funding, LLC filed to determine the extent, validity and priority of lien on real property.

12/20/2024 - Motion for Order Approving Settlement Agreement in adversary 24-05180 filed.

5/20/2025 - Order approving Settlement agreement entered.

6/5/2025 - Paces Funding filed amended claim per settlement order.

6/10/2025 - Settlement funds received.

7/15/2025 - Trustee has prepared his final tax return and will submit his Trustee Final Report shortly.

**Initial Projected Date Of Final Report (TFR):**   12/31/2025

**Current Projected Date Of Final Report (TFR):**   08/20/2025 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 1

| Case No.: | 24-53397-JRS | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | JUDITH BOURDO KERSTEN | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***5873 | | Account #: | ******3631 Checking |
| For Period Ending: | 03/12/2026 | | Blanket Bond (per case limit): | $30,650,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/25 | {12} | Chicago Title Insurance Company | Settlement per Joint Stipulation and Settlement Agreement. Approved per Order, Dkt # 69. Settlement of adversary # 24-05180. | 1249-000 | 45,000.00 | | 45,000.00 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 43.27 | 44,956.73 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 79.26 | 44,877.47 |
| 01/12/26 | 101 | S. Gregory Hays | Trustee commission paid Order (Dkt No. 82). | 2100-000 | | 5,250.00 | 39,627.47 |
| 01/12/26 | 102 | S. Gregory Hays | Trustee expenses paid Order (Dkt No. 82). | 2200-000 | | 47.40 | 39,580.07 |
| 01/12/26 | 103 | Taylor Duma LLP | Attorney fees paid Order (Dkt No. 82). Stopped on 02/19/2026 | 3210-000 | | 4,881.00 | 34,699.07 |
| 01/12/26 | 104 | Hays Financial Consulting, LLC | Accountant fees paid Order (Dkt No. 82). | 3310-000 | | 3,071.50 | 31,627.57 |
| 01/12/26 | 105 | Hays Financial Consulting, LLC | Accountant expenses paid Order (Dkt No. 82). | 3320-000 | | 928.69 | 30,698.88 |
| 01/12/26 | 106 | Clerk, United States Bankruptcy Court | Special charges paid Order (Dkt No. 76). | 2700-000 | | 350.00 | 30,348.88 |
| 01/12/26 | 107 | Internal Revenue Service | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 5800-000 | | 13,571.87 | 16,777.01 |
| 01/12/26 | 108 | Georgia Department of Revenue | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 5800-000 | | 219.78 | 16,557.23 |
| 01/12/26 | 109 | Lendmark Financial Services | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 7100-000 | | 1,333.77 | 15,223.46 |
| 01/12/26 | 110 | Capital One, N.A. | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 7100-000 | | 317.14 | 14,906.32 |
| 01/12/26 | 111 | Republic Finance, LLC | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 7100-000 | | 8,162.96 | 6,743.36 |
| 01/12/26 | 112 | Internal Revenue Service | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 7100-000 | | 6,468.11 | 275.25 |
| 01/12/26 | 113 | LVNV Funding, LLC | Final Distribution. Paid per TFR (Dkt No. 78) and NFR (Dkt No. 79) and Order approving TFR (Dkt No. 82). | 7100-000 | | 275.25 | 0.00 |
| 02/19/26 | 103 | Taylor Duma LLP | Attorney fees paid Order (Dkt No. 82). Stopped: check issued on 01/12/2026 | 3210-000 | | -4,881.00 | 4,881.00 |
| 02/19/26 | 114 | Taylor Duma LLP | Attorney fees paid Order (Dkt No. 82). | 3210-000 | | 4,881.00 | 0.00 |

Page Subtotals: $45,000.00   $45,000.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 24-53397-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | JUDITH BOURDO KERSTEN | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***5873 | Account #: | ******3631 Checking |
| For Period Ending: | 03/12/2026 | Blanket Bond (per case limit): | $30,650,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 45,000.00 | 45,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 45,000.00 | 45,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $45,000.00 | $45,000.00 | |

**Form 2**

Exhibit 9

Page:  3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 24-53397-JRS |
| **Case Name:** | JUDITH BOURDO KERSTEN |
| **Taxpayer ID #:** | **-***5873 |
| **For Period Ending:** | 03/12/2026 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Western Alliance Bank |
| **Account #:** | ******3631 Checking |
| **Blanket Bond (per case limit):** | $30,650,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $45,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $45,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3631 Checking | $45,000.00 | $45,000.00 | $0.00 |
| | **$45,000.00** | **$45,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)